179 So. 646

**EARL v. STATE.**

8 Div. 599.

Court of Appeals of Alabama.

March 8, 1938.

Fred S. Parnell, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., and Silas C. Garrett, III, Asst. Atty. Gen., for the State.

SAMFORD, Judge.

The appeal is on the record proper without bill of exceptions.

The indictment is in Code Form, and is in all things sufficient to charge the offense. Jinright v. State, 220 Ala. 268, 125 So. 606.

We have examined the record and find no error, and the judgment is affirmed.

Affirmed.